24 So.3d 621 (2009)
Frederick C. WRIGHT, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D09-2690.
District Court of Appeal of Florida, Third District.
November 18, 2009.
Rehearing Denied December 10, 2009.
Frederick C. Wright, in proper person.
Bill McCollum, Attorney General, for appellee.
Before SUAREZ, LAGOA, and SALTER, JJ.
PER CURIAM.
Affirmed. Troutman v. State, 985 So.2d 1167 (Fla. 3d DCA 2008); Hines v. State, 906 So.2d 1137 (Fla. 3d DCA 2005).